**Alpha** Coal Sales Co., LLC

**EXHIBIT 4**

(1)

# CONFIDENTIAL
# SERVICE AGREEMENT

This Service Agreement is made this 30th day of March 2012, by and between T. Parker Host, Inc. ("TPH"), with business address 500 Plume Street East, Suite 600, Norfolk, Virginia 23510, and Alpha Coal Sales Co., LLC ("Alpha"), with business address at One Alpha Place, Bristol, Virginia, 24202.

TPH and Alpha agree as follows:

### Services (Duties and Responsibilities) – Hampton Roads and Baltimore:

**A.** TPH will send daily updates on every vessel that has been nominated by Alpha. TPH operations department in the designated load port will send out an email update daily including weekends to reflect latest ETA, stow plan of Master (if confirmed), the pier line-up, as well as include ETB and ETS. This information is collected by TPH operations department after communicating with the vessel owners, master of the vessel, as well as the Piermaster at the terminal. TPH understands the importance of having the latest and most current information available and will continue to provide Alpha of same. TPH will also have a member of their coal department send out a cumulative report that shows all vessels nominated in all ports and will also provide latest movements, stowage, as well as latest ETB and ETS.

**B.** TPH will provide current vessel line-ups and reports with issuance of our Daily Alpha Position Report, Daily Coal Pier Report, Daily Alpha On Hand Report for accurate accountability of cars by class name at Norfolk Southern & loading recaps for each voyage at vessels completion outlining vessels turn time, tons loaded, tons left over & details loaded by car / class or pile whichever is applicable.

**C.** TPH will remain properly staffed in Baltimore and Norfolk with full time and part time experienced people to supervise the loading of Alpha vessels from the commencement to the finish of the loading. TPH field support staff is compiled of former railroad, terminal, surveyors, and vessel agents, who have the expertise to prevent issues and report the information that Alpha needs. TPH will remain on line and on time with updates with pier and sampling performance, cargo availability, weight reporting and weather conditions. As an ongoing improvement to their services, TPH is initiating a final cargo witnessing report, which is already launched in Baltimore and the Gulf. TPH will be presenting this report for Newport News cargoes in the next month. The plan is to launch the Norfolk Southern report shortly thereafter.

Prior to NS loadings, TPH will have experienced people assist Alpha with evaluating quality and recommending the best car blending procedures.

**D.** TPH will provide the highest level of freight forwarding services; as required, but not limited to, loading documentation (BL'S, Cargo Manifest, Stowage Plan, Certificate of Origin) in accordance with Alpha's instruction.

**E.** TPH will be responsible for the direct dispatching of Alpha's documents to cargo receivers as required. TPH will coordinate third party documents (Certificates of Hold Cleanliness, Certificates of Weight by Draft Survey and Certificates of Analysis) when required. TPH will coordinate with the labs, surveyors & terminals on Alpha's behalf when required.

an affiliate of  Alpha Natural Resources

One Alpha Place
PO Box 16429
Bristol, Virginia 24209
USA

Phone 276-619-4410
www.alphanr.com

**Alpha** Coal Sales Co., LLC

(2)

F.  TPH will provide laytime calculation services and will have the experienced personnel interpreting contracts to ensure that each minute is accounted for correctly.

G.  In 2008, exporters were mandated by U.S. regulation to file all exports electronically. TPH will perform this function for Alpha, advising various governmental agencies of each export thru filing both prelim & final reports utilizing AES Direct system. TPH is a licensed freight forwarder & operates under full compliance with all Government regulations.

H.  In an effort to better serve Alpha, TPH launched a secured Share Point website whereby Alpha has full access to all of the details regarding every shipment for which TPH currently handles as freight forwarder. Thru this website TPH can generate any reports Alpha may need (by customer, by port of loading, by port of discharge, by tonnage, etc.).

I.  In addition, TPH will produce a complete shipment recap for all coal exports from Baltimore and Hampton Roads. This report has been made available to the group without additional charge.

## RATES

$■ for freight forwarding services (laytime calculations included.)
$■ for supervision of loading at all piers as per current agreement.

TPH will work to eliminate potential problems and expedite resolve of any issues that may arise. TPH will provide Alpha with 24 hour customer service and quality control.

### Services (Duties and Responsibilities) – New Orleans:

A.  TPH will send daily updates on every vessel that has been nominated by Alpha. TPH operations department in the designated load port will send out an email update daily including weekends to reflect latest ETA, stow plan of Master (if confirmed), the pier line-up, as well as include ETB and ETS. This information is collected by TPH operations department after communicating with the vessel owners, master of the vessel, as well as the Piermaster at the terminal. TPH understands the importance of having the latest and most current information available and will continue to provide Alpha of same. TPH will also have a member of their coal department send out a cumulative report that shows all vessels nominated in all ports and will also provide latest movements, stowage, as well as latest ETB and ETS.

B.  TPH will provide current vessel line-ups and reports with issuance of our Daily Alpha Position Report, Daily Coal Pier Report, and loading recaps for each voyage at vessels completion outlining vessels turn time, tons loaded, tons left over & details loaded by car / class or pile whichever is applicable.

C.  TPH will remain properly staffed in New Orleans with full time and part time experienced people to supervise the loading of Alpha vessels from the commencement to the finish of the loading. TPH field support staff is compiled of former surveyors and vessel agents, who have the expertise to prevent issues and report the information that Alpha needs. TPH will remain on line and on time with updates with pier and sampling performance, cargo availability, weight reporting and weather conditions. TPH will conduct a pre-loading barge survey to ensure cleanliness, apparent moisture issues, and overall condition of the cargo and barges. Timely reports with pictures will follow. Problems and issues will be


an affiliate of Alpha Natural Resources

One Alpha Place
PO Box 16429
Bristol, Virginia 24209
USA

Phone 276-619-4410
www.alphanr.com

**Alpha** Coal Sales Co., LLC

immediately reported to Alpha for further action. As an ongoing improvement to their services, TPH is initiating a final cargo witnessing report, which is already launched in Baltimore and the Gulf.

D.   TPH will provide the highest level of freight forwarding services; as required, but not limited to, loading documentation (BL'S, Cargo Manifest, Stowage Plan, Certificate of Origin) in accordance with Alpha's instruction.

E.   TPH will be responsible for the direct dispatching of Alpha's documents to cargo receivers as required. TPH will coordinate third party documents (Certificates of Hold Cleanliness, Certificates of Weight by Draft Survey and Certificates of Analysis) when required. TPH will coordinate with the labs, surveyors & terminals on Alpha's behalf when required.

(2)

F.   TPH will provide laytime calculation services (only when requested) and will have the experienced personnel interpreting contracts to ensure that each minute is accounted for correctly.

G.   In 2008, exporters were mandated by U.S. regulation to file all exports electronically. TPH will perform this function for Alpha, advising various governmental agencies of each export thru filing both prelim & final reports utilizing AES Direct system. TPH is a licensed freight forwarder & operates under full compliance with all Government regulations.

H.   In an effort to better serve Alpha, TPH launched a secured Share Point website whereby Alpha has full access to all of the details regarding every shipment for which TPH currently handles as freight forwarder. Thru this website TPH can generate any reports Alpha may need (by customer, by port of loading, by port of discharge, by tonnage, etc.).

**RATES**

$[redacted] for freight forwarding services and supervision of loading at all piers.
$[redacted] per man per day (12 hours) for pre-loading barge inspections.
Required launch bills will be passed along at cost.

TPH will work to eliminate potential problems and expedite resolve of any issues that may arise. TPH will provide Alpha with 24 hour customer service and quality control.

IN WITNESS THEREOF, Alpha Coal Sales Co., LLC & T. Parker Host, Inc. have executed this legally binding contract with the Effective Date of April 01, 2012 until both parties mutually agree otherwise.

Alpha Coal Sales Co., LLC.                                T. Parker Host, Inc.

By: _____                               By: _____
Mr. Dennis Clay                                           Mr. David F. Host
Sr. VP – Optimization, Transportation, and Distribution   Chairman & CEO

an affiliate of  Alpha Natural Resources       One Alpha Place       Phone 276-619-4410
                                                PO Box 16429          www.alphanr.com
                                                Bristol, Virginia 24209
                                                USA



## CSL Americas
## Agency Fee Agreement

| | |
|---|---|
| Loading | $5,650 |
| Discharging | $3,700 |
| Jacksonville Coal Only | $5,250 |

- This agreement is subject to being preferred agent in Baltimore, Norfolk and all Gulf ports unless the charterer requires CSL to appoint a different agent.
- The above fees are flat fees per port call and apply to all appointments starting April 15, 2015 through April 15, 2018.
- Husbandry fees will be charged as per normal process.

Signature: _[signed]_

Name: Robert W. Scott, III
Title: V.P. Agency Operations
Company: T. Parker Host
Date: April 13, 2015

Signature: _[signed]_

Name: Captain Rajiv Sharma
Title: Director, Traffic and Scheduling
Company: CSL Americas
Date: April 13, 2015

Henrik Prins
V.P. Commercial
CSL Americas