# KAUFMAN & CANOLES
attorneys at law

Kaufman & Canoles, P.C.
150 West Main Street
Suite 2100
Norfolk, VA 23510

*Mailing Address*
Post Office Box 3037
Norfolk, VA 23514

T (757) 624.3000
F (888) 360.9092

kaufCAN.com

Hunter W. Sims, Jr.
(757) 624.3272
hwsims@kaufcan.com

July 1, 2016

**VIA HAND DELIVERY**

Fernando Galindo, Clerk
United States District Court
Eastern District of Virginia
Norfolk Division
600 Granby Street
Norfolk, VA  23510
Attn:  Civil Division

Re:   **T. Parker Host, Inc. v. Kinder Morgan Liquids Terminals, LLC,** *et al.*

Dear Mr. Galindo:

Enclosed for filing on behalf of plaintiff, T. Parker Host, Inc., are the following:

1. Original Civil Cover Sheet;

2. Original and sixteen (16) copies of a Complaint;

3. Original and one (1) copy of a Financial Interest Disclosure Statement for plaintiff, T. Parker Host, Inc.;

4. Fifteen (15) original Summonses in a Civil Action and two (2) copies of each;

5. Original and sixteen 15 (~~16~~) copies of Plaintiff's Motion for Preliminary Injunction ("Motion"); and

6. Original and sixteen (16) copies of a Memorandum in Support of Plaintiff's Motion for Preliminary Injunction ("Memorandum").

I also enclose our firm's check in the amount of $400 for the filing fee.  Please "file-stamp" one copy of the Complaint, Motion and Memorandum and return them to our courier.

Fernando Galindo, Clerk
United States District Court
Eastern District of Virginia
July 1, 2016
Page 2

Please prepare a service package for service on each defendant to include the Complaint, Motion and Memorandum. When the service packages are ready, please contact my paralegal, Brenda Hogge, at 624-3227 and she will arrange to have them picked up.

Thank you for your assistance and please do not hesitate to contact me should you have any questions.

                Very truly yours,

                Hunter W. Sims, Jr.

HWS:cms
Enclosures