```
Court Name: United States District Court
Division: 2
Receipt Number: 24683031529
Cashier ID: eprice
Transaction Date: 07/01/2016
Payer Name: KAUFMAN AND CANOLES

CIVIL FILING FEE
 For: KAUFMAN AND CANOLES
 Amount:         $400.00

CHECK
 Check/Money Order Num: 418870
 Amt Tendered: $400.00

Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:      $0.00

KAUFMAN & CANOLES
2:16CV411
```