IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

T. PARKER HOST, INC.,

    Plaintiff,

v.                                        Civil Action No. 2:16 cv 411

KINDER MORGAN LIQUIDS
TERMINALS, LLC, *et al.*,

    Defendants.

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for plaintiff, **T. PARKER HOST, INC.**, in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

July 1, 2016                                        **T. PARKER HOST, INC.**

                                                 By: /s/ Hunter W. Sims
                                                          Of Counsel

Hunter W. Sims, Jr. (VSB No. 09218)
Patrick H. O'Donnell (VSB No. 29637)
Clark J. Belote (VSB No. 87310)
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Phone: (757) 624-3000
Fax:  (888) 360-9092
E-mail: hwsims@kaufcan.com
E-mail: phodonnell@kaufcan.com
E-mail: cjbelote@kaufcan.com
*Counsel for Plaintiff*
14905767v1