

May 04, 2016

To our Valued Customers and Industry Partners:

Effective July 1, 2016, please note the following policy regarding vessels that call on the Wilmington Terminal and require the use of vessel agents:

Kinder Morgan must approve of any vessel agent, port agent, protective agent, or subagent ("Agent"), whether nominated or appointed by the cargo owner, shipper, receiver, charterer, vessel owner, or other party, that conducts the following activities:

    1)  Coordinates the port call to/from a Kinder Morgan owned or operated facility or dock, including coordination of vessel movement within the port and shifting to/from the facility or dock; or

    2)  Obtains access to the vessel while the vessel is moored to a Kinder Morgan owned or operated facility or dock.

Approved Agents may be required to submit proper forms of insurance as required by KMT, must be in a possession of a valid Transportation Workers Identification Card (TWIC) when visiting the facility, must agree to comply with all of Kinder Morgan's dock and safety policies, and must adhere to any other facility specific requirements. Further, approved Agents shall NOT act as a subagent for a non-approved Agent.

Any attempt to circumvent this agency policy may result in Kinder Morgan rejecting a vessel calling on a Kinder Morgan owned or operated facility or dock, ceasing cargo operations, or requiring the vessel to immediately vacate the berth at the vessel/agent/carrier's sole expense. Kinder Morgan reserves the right and sole discretion to reject or approve any Agent.

Kinder Morgan is committed to operating our facilities in a safe manner, and we appreciate your cooperation with this agency policy.  Please contact the respective Kinder Morgan Terminal Manager should you have any questions regarding the policy.

Sincerely,

**KINDER MORGAN**
TERMINALS

EXHIBIT
1



May 04, 2016

To our Valued Customers and Industry Partners:

Effective July 1, 2016, please note the following policy regarding vessels that call on the Pier IX Terminal and require the use of vessel agents:

Kinder Morgan must approve of any vessel agent, port agent, protective agent, or subagent ("Agent"), whether nominated or appointed by the cargo owner, shipper, receiver, charterer, vessel owner, or other party, that conducts the following activities:

1) Coordinates the port call to/from a Kinder Morgan owned or operated facility or dock, including coordination of vessel movement within the port and shifting to/from the facility or dock; or

2) Obtains access to the vessel while the vessel is moored to a Kinder Morgan owned or operated facility or dock.

Approved Agents may be required to submit proper forms of insurance as required by KMT, must be in a possession of a valid Transportation Workers Identification Card (TWIC) when visiting the facility, must agree to comply with all of Kinder Morgan's dock and safety policies, and must adhere to any other facility specific requirements. Further, approved Agents shall NOT act as a subagent for a non-approved Agent.

Any attempt to circumvent this agency policy may result in Kinder Morgan rejecting a vessel calling on a Kinder Morgan owned or operated facility or dock, ceasing cargo operations, or requiring the vessel to immediately vacate the berth at the vessel/agent/carrier's sole expense. Kinder Morgan reserves the right and sole discretion to reject or approve any Agent.

Kinder Morgan is committed to operating our facilities in a safe manner, and we appreciate your cooperation with this agency policy. Please contact the respective Kinder Morgan Terminal Manager should you have any questions regarding the policy.


Sincerely,






May 04, 2016

To our Valued Customers and Industry Partners:

Effective July 1, 2016, please note the following policy regarding vessels that call on the Kinder Morgan South Hill and Norfolk Terminal(s) and require the use of vessel agents:

Kinder Morgan must approve of any vessel agent, port agent, protective agent, or subagent ("Agent"), whether nominated or appointed by the cargo owner, shipper, receiver, charterer, vessel owner, or other party, that conducts the following activities:

1) Coordinates the port call to/from a Kinder Morgan owned or operated facility or dock, including coordination of vessel movement within the port and shifting to/from the facility or dock; or

2) Obtains access to the vessel while the vessel is moored to a Kinder Morgan owned or operated facility or dock.

Approved Agents may be required to submit proper forms of insurance as required by KMT, must be in a possession of a valid Transportation Workers Identification Card (TWIC) when visiting the facility, must agree to comply with all of Kinder Morgan's dock and safety policies, and must adhere to any other facility specific requirements. Further, approved Agents shall NOT act as a subagent for a non-approved Agent.

Any attempt to circumvent this agency policy may result in Kinder Morgan rejecting a vessel calling on a Kinder Morgan owned or operated facility or dock, ceasing cargo operations, or requiring the vessel to immediately vacate the berth at the vessel/agent/carrier's sole expense. Kinder Morgan reserves the right and sole discretion to reject or approve any Agent.

Kinder Morgan is committed to operating our facilities in a safe manner, and we appreciate your cooperation with this agency policy.  Please contact the respective Kinder Morgan Terminal Manager should you have any questions regarding the policy.

Sincerely,

Deanna Bell
Terminal Mgr., South Hill / Norfolk terminal
Deanna_bell@kindermorgan.com
757-494-1640 opt. 2

KINDER MORGAN
TERMINALS

# KINDER⚡MORGAN

May 4, 2016

To our Valued Customers and Industry Partners:

Effective July 1, 2016, please note the following policy regarding vessels that call on any Kinder Morgan Terminal and require the use of vessel agents:

Kinder Morgan must approve of any vessel agent, port agent, protective agent, or subagent ("Agent"), whether nominated or appointed by the cargo owner, shipper, receiver, charterer, vessel owner, or other party, that conducts the following activities:

    1)  Coordinates the port call to/from a Kinder Morgan owned or operated facility or dock, including coordination of vessel movement within the port and shifting to/from the facility or dock; or

    2)  Obtains access to the vessel while the vessel is moored to a Kinder Morgan owned or operated facility or dock.

Approved Agents may be required to submit proper forms of insurance as required by KMT, must be in a possession of a valid Transportation Workers Identification Card (TWIC) when visiting the facility, must agree to comply with all of Kinder Morgan's dock and safety policies, and must adhere to any other facility specific requirements. Further, approved Agents shall NOT act as a subagent for a non-approved Agent.

Any attempt to circumvent this agency policy may result in Kinder Morgan rejecting a vessel calling on a Kinder Morgan owned or operated facility or dock, ceasing cargo operations, or requiring the vessel to immediately vacate the berth at the vessel/agent/carrier's sole expense. Kinder Morgan reserves the right and sole discretion to reject or approve any Agent.

Kinder Morgan is committed to operating our facilities in a safe manner, and we appreciate your cooperation with this agency policy. Please contact the respective Kinder Morgan Terminal Manager should you have any questions regarding the policy.

Sincerely,

Hans Luetkemeier
Director of National Accounts – Dry Cargo
3500 N. Causeway Blvd., Suite 210
Metairie, LA 70002
Office Direct 504-620-4628
Email: Hans_Luetkemeier@kindermorgan.com



KINDER⚡MORGAN
TERMINALS



May 4, 2016

To our Valued Customers and Industry Partners:

Effective July 1, 2016, please note the following policy regarding vessels that call on any Kinder Morgan Terminal and require the use of vessel agents:

Kinder Morgan must approve of any vessel agent, port agent, protective agent, or subagent ("Agent"), whether nominated or appointed by the cargo owner, shipper, receiver, charterer, vessel owner, or other party, that conducts the following activities:

1) Coordinates the port call to/from a Kinder Morgan owned or operated facility or dock, including coordination of vessel movement within the port and shifting to/from the facility or dock; or

2) Obtains access to the vessel while the vessel is moored to a Kinder Morgan owned or operated facility or dock.

Approved Agents may be required to submit proper forms of insurance as required by KMT, must be in a possession of a valid Transportation Workers Identification Card (TWIC) when visiting the facility, must agree to comply with all of Kinder Morgan's dock and safety policies, and must adhere to any other facility specific requirements. Further, approved Agents shall NOT act as a subagent for a non-approved Agent.

Any attempt to circumvent this agency policy may result in Kinder Morgan rejecting a vessel calling on a Kinder Morgan owned or operated facility or dock, ceasing cargo operations, or requiring the vessel to immediately vacate the berth at the vessel/agent/carrier's sole expense. Kinder Morgan reserves the right and sole discretion to reject or approve any Agent.

Kinder Morgan is committed to operating our facilities in a safe manner, and we appreciate your cooperation with this agency policy. Please contact the respective Kinder Morgan Terminal Manager should you have any questions regarding the policy.

Sincerely,





May 04, 2016

To our Valued Customers and Industry Partners:

Effective July 1, 2016, please note the following policy regarding vessels that call on the ___Nassau_____ Terminal and require the use of vessel agents:

Kinder Morgan must approve of any vessel agent, port agent, protective agent, or subagent ("Agent"), whether nominated or appointed by the cargo owner, shipper, receiver, charterer, vessel owner, or other party, that conducts the following activities:

1) Coordinates the port call to/from a Kinder Morgan owned or operated facility or dock, including coordination of vessel movement within the port and shifting to/from the facility or dock; or

2) Obtains access to the vessel while the vessel is moored to a Kinder Morgan owned or operated facility or dock.

Approved Agents may be required to submit proper forms of insurance as required by KMT, must be in a possession of a valid Transportation Workers Identification Card (TWIC) when visiting the facility, must agree to comply with all of Kinder Morgan's dock and safety policies, and must adhere to any other facility specific requirements. Further, approved Agents shall NOT act as a subagent for a non-approved Agent.

Any attempt to circumvent this agency policy may result in Kinder Morgan rejecting a vessel calling on a Kinder Morgan owned or operated facility or dock, ceasing cargo operations, or requiring the vessel to immediately vacate the berth at the vessel/agent/carrier's sole expense. Kinder Morgan reserves the right and sole discretion to reject or approve any Agent.

Kinder Morgan is committed to operating our facilities in a safe manner, and we appreciate your cooperation with this agency policy. Please contact the respective Kinder Morgan Terminal Manager should you have any questions regarding the policy.

Sincerely,

KINDER MORGAN
TERMINALS



May 4, 2016

To our Valued Customers and Industry Partners:

Effective July 1, 2016, please note the following policy regarding vessels that call on any Kinder Morgan Terminal and require the use of vessel agents:

Kinder Morgan must approve of any vessel agent, port agent, protective agent, or subagent ("Agent"), whether nominated or appointed by the cargo owner, shipper, receiver, charterer, vessel owner, or other party, that conducts the following activities:

    1) Coordinates the port call to/from a Kinder Morgan owned or operated facility or dock, including coordination of vessel movement within the port and shifting to/from the facility or dock; or

    2) Obtains access to the vessel while the vessel is moored to a Kinder Morgan owned or operated facility or dock.

Approved Agents may be required to submit proper forms of insurance as required by KMT, must be in a possession of a valid Transportation Workers Identification Card (TWIC) when visiting the facility, must agree to comply with all of Kinder Morgan's dock and safety policies, and must adhere to any other facility specific requirements. Further, approved Agents shall NOT act as a subagent for a non-approved Agent.

Any attempt to circumvent this agency policy may result in Kinder Morgan rejecting a vessel calling on a Kinder Morgan owned or operated facility or dock, ceasing cargo operations, or requiring the vessel to immediately vacate the berth at the vessel/agent/carrier's sole expense. Kinder Morgan reserves the right and sole discretion to reject or approve any Agent.

Kinder Morgan is committed to operating our facilities in a safe manner, and we appreciate your cooperation with this agency policy. Please contact the respective Kinder Morgan Terminal Manager should you have any questions regarding the policy.

Sincerely,

Hans Luetkemeier
Director of National Accounts – Dry Cargo
3500 N. Causeway Blvd., Suite 210
Metairie, LA 70002
Office Direct 504-620-4628
Email: Hans_Luetkemeier@kindermorgan.com





# APPROVED VESSEL AGENCY LIST

Effective July 1, 2016

ACGI Shipping, Inc.
American Marine
Anders Williams Shipping Agency
Atlantic Ship Agencies
Aztec Maritime Services, Inc.
Bertel Shipping Company, Inc.
Biehl & Co., LP
Blue Water Shipping Company
Bulbous Environmental & Logistics
Capes Shipping Agencies
Cascade Marine Agencies
CB Agencies
Celtic International Shipping Agency
Cita Logistics LLC
Colley West Shipping Ltd.
Compass Marine Services, Inc.
Davis Ship Agencies
Empire Shipping Agency
Fednav International, Ld.
Fillette Green & Company
GAC Shipping (USA), Inc.
General Maritime Transportation Services, Inc.
General Steamship Corporation, Ltd.
Gulf Harbor Shipping, LLC
Gulf Sunrise Agency LLC
Inchcape Shipping Services
International Chartering Services, Ltd.
Interocean Steamship Corporation
James E. Curran Co., Inc.
John S. Connor, Inc.
K3 Maritime Agency, Inc.
LBH (USA)
Lighthouse Shipping Agency

Maritime Endeavors Shipping Co., Ltd.
Marserve, Inc.
Mason Agency, Ltd.
Mentz Maritime Agency, Inc.
Merit Steamship Agency, Inc.
Moran-Gulf Shipping Agency
Moran Shipping Agencies, Inc.
Navitrans Shipping Agencies, Inc.
New England Shipping Company, Inc.
Nord-Sud Shipping, Inc.
North American Shipping Agencies
Norton Lilly International
Nova International Shipping Services
Pacific Northwest Ship and Cargo Services
Promar Agency
Ramsay Agencies, Inc.
Riley Sherman Shipping Agency, Inc.
A.R. Savage and Son, LLC
Sea and Land Shipping, Inc.
Seaport Hub Agencies, Inc.
Seatrade Reefer Chartering
Southport Agencies, Inc.
Sparrows Point Ship Agency, Ltd.
Terminal Shipping Company, Inc.
Texas Marine Agency, Inc.
Transmarine Navigation Corporation
Transversal Shipping Company
Valls Shipping Company
Wilhelmsen Ships Service
Wilmington Shipping Company