# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

**T. PARKER HOST, INC.,**

    Plaintiff,

v.

                                                **No. 2:16 –cv-411**

**KINDER MORGAN LIQUIDS TERMINALS, LLC, et al.,**

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, T. Parker Host, Inc. ("TPH"), by counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, voluntarily dismisses this action without prejudice, in its entirety, each side to bear its owns costs and expenses. None of the Defendants have served an answer or a motion for summary judgment.

                                      **T. PARKER HOST, INC.**

                                      By:    */s/ Hunter W. Sims, Jr.*
                                                            Of Counsel

Hunter W. Sims, Jr. (VSB No. 9218)
Patrick H. O'Donnell (VSB No. 29637)
Clark J. Belote (VSB No. 87310)
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone:  (757) 624-3000
Facsimile:  (888) 360-9092
Email:  hwsims@kaufcan.com
Email:  phodonnell@kaufcan.com
Email:  cjbelote@kaufcan.com
*Counsel for Plaintiff*

15007003v1

# CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August, 2016, a true copy of the foregoing is being filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such electronic filing (NEF) to the following:

Steven Michael Stancliff
Crenshaw Ware & Martin PLC
150 West Main St, Suite 1500
Norfolk, VA 23510
(757) 623-3000
Fax: (757) 623-5735
Email: sstancliff@cwm-law.com

Kenneth L. Bressler
Blank Rome LLP (NY-NA)
405 Lexington Ave
New York, NY 10174-0208
(212) 885-5000
Fax: (917) 332-3740
Email: kbressler@blankrome.com

William Robert Bennett, III
Blank Rome LLP (NY-NA)
405 Lexington Ave,
New York, NY 10174-0208
(212) 885-5000
Fax: (917) 332-3858
Email: wbennett@blankrome.com

By: */s/ Hunter W. Sims, Jr.*
　　　　Of Counsel

Hunter W. Sims (VSB No. 9218)
Patrick H. O'Donnell (VSB No. 29637)
Clark J. Belote (VSB No. 87310)
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (888) 360-9092
Email: hwsims@kaufcan.com
Email: phodonnell@kaufcan.com
Email: cjbelote@kaufcan.com
*Counsel for Plaintiff*